UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 28 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Robert Lee Johnson, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Interstate Management Co. LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 12 0478 |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The complaint is not a model of clarity but plaintiff appears to challenge the denial of workers compensation benefits. The complaint arises from an apparent injury plaintiff suffered on February 25, 2009, while employed at Hampton Crown Plaza Hotel presumably in the District of Columbia. Plaintiff alleges that he was injured when he "open[ed] the hot box to put some food in it and a [sic] iron pot fell and hit me on top of my head, and I got dizzy." Compl. at 2. He seeks $50 million in damages. Plaintiff claims that he was "denied medical treatment under American Disability [sic] and under Workman Compensation Law." *Id.* at 2. He has not, however, stated any facts suggesting that he is suing under the Americans With Disabilities Act, 42 U.S.C. § 12101 *et seq.*

Plaintiff's remedy lies exclusively under the District of Columbia's Workers' Compensation Act ("WCA"), D.C. Code § 32-1501 *et seq.*, which provides for judicial

review by the local courts. *See id.* § 32-1522; *Doe v. U.S.*, 797 F. Supp. 2d 78, 82-83 (D.D.C. 2011) (examining cases finding WCA to be the exclusive remedy for most workplace injury claims). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/
United States District Judge

Date: March 22, 2012